IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **ERNEST WHITE and TAMMY STAMPS** | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 3:05cv787-TSL-JCS |
| **FIRST FRANKLIN FINANCIAL CORPORATION, LOAN CLOSING SERVICES CORPORATION, BOBBY F. FISHER, JR. and JOHN DOES 1 THROUGH 10** | **DEFENDANTS** |

### AGREED ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER having come on for a ruling the Motion of First Franklin Financial Corporation ("First Franklin") for an Order dismissing this case with prejudice, and the Court having been advised that all parties who have entered an appearance in this cause are in agreement with said motion, and the Court having considered the same, finds that an order should be entered upon the terms as set forth herein:

IT IS THEREFORE ORDERED AND ADJUDGED as follows, to-wit:

1. That any and all claims made by the plaintiffs against all defendants shall be and the same are hereby fully and finally dismissed with prejudice.

2. That the Clerk of this Court should be and hereby is authorized and empowered to note the dismissal of all parties and enter this Order on the docket of the Court and to close the Court file. The Court hereby declares this case to be concluded and this case is dismissed upon the terms and conditions set forth herein.

3. Each party shall bear his or her own cost, including attorneys' fees relative to the dismissal entered hereby.

SO ORDERED AND ADJUDGED on this the 8th       day of    March, 2007.


                                                                  /s/Tom S. Lee
                                                                  UNITED STATES DISTRICT JUDGE

AGREED BY:


s/Harold B. McCarley, Jr.
Harold B. McCarley, Jr., Esq. (MSB #2205)
Attorney at Law
Attorney for the Plaintiffs

s/G. Dewey Hembree, III
G. Dewey Hembree, III (MSB #2247)
McGlinchey Stafford, PLLC
Attorney for First Franklin Financial Corporation